UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER ALAN JACKSON                    CIVIL ACTION

VERSUS                                      NO. 15-447

DISTRICT ATTORNEYS REPRESENTATIVES          SECTION: "B" (3)
OF LOUISIANA STATE LAW

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 20th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE